# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number:  4:16-CR-00283-Y(4) |
|  | Douglas A. Allen, assistant U.S. attorney |
| MATTHEW LEAVERTON | David J. Pire, attorney for the defendant |

On September 20, 2017, the defendant, Matthew Leaverton, entered a plea of guilty to count one of the one-count superseding information.  Accordingly, the defendant is adjudged guilty of such count, which involves the following offense:

| **TITLE & SECTION** | **NATURE OF OFFENSE** | **OFFENSE CONCLUDED** | **COUNT** |
|---|---|---|---|
| 18 U.S.C. § 371 (18 U.S.C. § 1341) | Conspiracy to Commit Mail Fraud | August 2016 | 1 |

The defendant is sentenced as provided in pages two through four of this judgment. The sentence is imposed under Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission under Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $100.00 for count one of the one-count superseding information.

The defendant shall notify the United States attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed April 5, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

Signed April 6, 2018.

Case 4:16-cr-00283-Y   Document 200   Filed 04/06/18   Page 2 of 10   PageID 851
Judgment in a Criminal Case
Defendant:  Matthew Leaverton
Case Number:  4:16-CR-00283-Y(4)                                                          Judgment -- Page **2** of **4**

# IMPRISONMENT

The defendant, Matthew Leaverton, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 60 months on count one of the one-count superseding information.

The Court recommends that the defendant be placed in the Institution Residential Drug Abuse Treatment Program, if qualified, and that he be incarcerated at FCI-Bastrop, Texas, if possible, and if not, then elsewhere in central Texas.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 p.m. on **Monday, April 30, 2018,** as notified by the United States marshal or as notified by the probation office.

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years on count one of the one-count superseding information.

While on supervised release, in compliance with the standard conditions of supervision adopted by the United States Sentencing Commission, the defendant shall:

( 1)   not leave the judicial district without the permission of the Court or probation officer;
( 2)   report to the probation officer in a manner and frequency directed by the Court or probation officer;
( 3)   answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
( 4)   support the defendant's dependents and meet other family responsibilities;
( 5)   work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
( 6)   notify the probation officer within seventy-two (72) hours of any change in residence or employment;
( 7)   refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
( 8)   not frequent places where controlled substances are illegally sold, used, distributed, or administered;
( 9)   not associate with any persons engaged in criminal activity and not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
(10)   permit a probation officer to visit the defendant at any time at home or elsewhere and permit confiscation of any contraband observed in plain view by the probation officer;
(11)   notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;
(12)   not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and
(13)   notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement, as directed by the probation officer.

In addition the defendant shall:

not commit another federal, state, or local crime;

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

Case 4:16-cr-00283-Y   Document 200   Filed 04/06/18   Page 3 of 10   PageID 852

Judgment in a Criminal Case
Defendant:  Matthew Leaverton
Case Number:  4:16-CR-00283-Y(4)                                                                                      Judgment -- Page **3** of **4**

      cooperate in the collection of DNA as directed by the probation officer;

      report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Federal Bureau of Prisons;

      refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer;

      pay any remaining balance of restitution in the amount of $ $13,547,407.09, as set out in this judgment;

      refrain from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the probation officer makes a determination that the defendant is in compliance with the payment schedule;

      not incur new credit charges or open additional lines of credit, either as a principal or cosigner or through any corporate entity, without approval of the probation officer;

      provide to the probation officer any requested financial information;

      participate in mental health treatment services as directed by the probation officer until successfully discharged, which services may include prescribed medications by a licensed physician, with the defendant contributing to the costs of services rendered (copayment) at a rate of at least $25 per month; and

      participate in a program approved by the probation officer for treatment of narcotic or drug or alcohol dependency that will include testing for the detection of substance use, abstaining from the use of alcohol and all other intoxicants during and after completion of treatment, contributing to the costs of services rendered (copayment) at the rate of at least $25 per month.

## FINE/RESTITUTION

      The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or future earning capacity to pay a fine or costs of incarceration in addition to restitution.

      The defendant is ordered to make restitution, jointly and severally with codefendant(s) James Vanblaricum (01), Rodney Pope (02), and Chet Inglis (03), in the amount of $13,547,407.09.  Restitution shall be paid to the U.S. district clerk, 501 West 10th Street, Room 310, Fort Worth, TX 76102, for disbursement to those persons listed on Exhibit "A," which is attached to this order.

      Restitution is due and payable immediately, but if, upon commencement of the term of supervised release, any part of the $13,547,407.09 restitution ordered by this judgment remains unpaid, the defendant shall make payments on such unpaid balance at the rate of at least $100 per month, the first such payment to be made no later than 60 days after the defendant's release from confinement and another payment to be made on the same day of each month thereafter until the restitution is paid in full.

      This payment schedule does not affect the enforceability of the restitution order and the continuing obligation of Matthew Leaverton to pay restitution in full as soon as possible.  Nothing in this order shall be construed to limit the ability of the U.S. Attorney's Office to fulfill its statutory obligation to enforce restitution under the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, *et seq*., or under any other statutory provision, during supervision or after release.

Case 4:16-cr-00283-Y   Document 200   Filed 04/06/18   Page 4 of 10   PageID 853
Judgment in a Criminal Case
Defendant:  Matthew Leaverton
Case Number:  4:16-CR-00283-Y(4)                                                            Judgment -- Page **4** of **4**

However, no restitution shall be payable during incarceration from funds deposited into the defendant's inmate trust account or paid to the defendant for work performed during incarceration.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States marshal

BY _____
                deputy marshal

JOSE AGUAYO
$120,000.00

ANTONE & LURDES ALMEIDA
$24,000.00

ALMER ENERGY LLC
$20,000.00

KYLE ALWARD
$15,000.00

CHRISTOPHER AND LISA ANDERSEN
$30,000.00

JEANETTE AND THOMAS ANSPACHER
$130,000.00

SUZANNE ARNESS
$120,000.00

LYN AND MIRON AVIV
$120,000.00

JOSEPH BAKER
$20,000.00

GENE AND NANCY BANISTER
$60,000.00

CAROL AND WILLIAM BARBER
$10,800.00

GLEN AND JOYCE BARRICK
$25,000.00

ASHUTOSH BASDAN
$30,000.00

SHELLY BATTAGLIA
$70,000.00

JOHN BAUSCHKA
$30,000.00

BAYES CONSULTANT SERVICES
$30,000.00

DORIS BENSON
$55,000.00

KENNETH & SHIRLEY BERTWELL
$6,000.00

SOOROEJANEE BHARDWAJ
$210,000.00

JUSTIN BLACKBURN
$20,000.00

JOSEPH AND ANNE BLUMETTI
$75,000.00

MICHAEL BOESPFLUG
$30,000.00

HAROLD BOONE
$20,000.00

WENDELL BOWERS
$24,000.00

ANDREW BRADFORD
$15,000.00

MICHAEL BRADY
$20,000.00

REBECCA AND DAVID BROWN
$20,000.00

RODNEY AND MONICA BROWN
$30,000.00

ERIC BUCKNER
$25,000.00

BULLDOG HOMES LLC
$150,000.00

CHARLES BUNCH
$12,000.00

MARK BURLESON
$15,000.00

RONALD BUSH
$120,000.00

SCOTT BUTLER
$35,000.00

RONALD BUTTS
$35,000.00

OMOWUMI EITT BWRUH
$10,000.00

SUSAN CALLAWAY
$3,000.00

ALEXANDER AND ROSA CALOCA
$50,000.00

CHARLES CAMERON
$12,000.00

EDGAR CAMPOS
$10,000.00

CANON OIL & GAS LLC
$40,000.00

THOMAS CARNEAL
$25,000.00

JOSEPH CASHES
$50,000.00

FERNANDO & CONSTANZA CAYCEDO
$60,000.00

CHANGJIN CHEN
$30,000.00

CHANTEK ENERGY LLC
$30,000.00

JOHN CHAPMAN
$30,000.00

JOSEPH AND DIANE CHIAPPETTA
$19,200.00

PING-WEN AND VICKI CHU
$205,000.00

PATRICIA CILBERTI
$180,000.00

GIOVANNY CISNEROS
$10,800.00

CHERYL AND LONNIE CLINE
$7,500.00

DANNY CLYBURN
$5,000.00

KAY AND MILTON COLEMAN
$30,000.00

DENNIS CONLON
$25,000.00

EDDIE CONTRERAS
$10,000.00

CHRISTOPHER COOPER
$60,000.00

JUAN CORRALES
$20,000.00

RICHARD COSTA
$171,000.00

COSTA & ASSOCIATES
$0.00

DIANE AND GREG COSTIGAN
$100,000.00

MARY AND MELVIN CRAWFORD
$42,500.00

MARY CUNNINGHAM
$30,000.00

SHERI DARNELL
$30,000.00

IRENE DASALLA
$25,000.00

DBB HOLDINGS, LC
$150,000.00

MACK DEICHMAN
$50,000.00

HORACE DERRICK
$30,000.00

RAGHAVAN EACHAMPADI
$30,000.00

EDWARD EBANKS
$60,000.00

CLAY EDGE
$10,000.00

KEITH ERKE
$6,000.00

JORGE ESTEVES
$20,000.00

EMMANUEL FABELLA
$10,000.00

DONALD FAIRBAIRN
$60,000.00

SAJID FAIZI
$10,000.00

CECIL AND EILEEN FISHER
$10,000.00

DAVID FLAHIVE
$60,000.00

ANGELA AND TERRY FOLIO
$30,000.00

DARRELL AND CHRISTINE FOREMAN
$15,000.00

DOUGLAS FORMSMA
$19,200.00

JOHN FOUTZ
$30,000.00

LESLIE FOWLER-COTTON
$30,000.00

MATTHEW FRAHM
$20,000.00

JAMES AND STEPHANIE FRASER
$20,000.00

RALPH FRESSOLA
$50,000.00

ANDREW AND DOLORES GAMBRELL
$80,000.00

MARK GARRETT
$30,000.00

DAVID GEE
$120,000.00

JASON GIBBS
$15,000.00

DANIEL AND FRANCES GLEASON
$30,000.00

MICHAEL GOODRICH
$15,000.00

JAVON GORDON
$45,000.00

JASON GRAY
$10,000.00

NANCY AND BARRY GROOMES
$30,000.00

SARITA & YOGENDRA GUPTA
$50,000.00

DAN GUO
$30,000.00

YOSWA & ESTHER GWALAMBUSI
$80,000.00

RUTH GWALAMUBISI-TURNER
$27,923.16

HENRY VON HAGEL
$50,000.00

KEITH & MAXINE HAGUE
$8,000.00

TIMOTHY HAIDUCEK
$75,000.00

W. RICHARD HARGROVE
$21,600.00

THOMAS HARRIS
$30,000.00

FREDERICK HAZLETT
$15,000.00

CHARLES AND ANN HEJDE
$30,000.00

Case 4:16-cr-00283-Y   Document 200   Filed 04/06/18   Page 7 of 10   PageID 856
V - 3 of 6
4:16-cr-00283 - USA v. Leaverton (4)

DARYL AND V.M. HENNICK
$100,000.00

CHARLES HENRY
$240,000.00

LUKUS HERTZOG
$10,000.00

CHARLES HICKMAN
$90,965.00

SYLVIA HIGBIE
$126,036.00

JENNIFER AND RICHARD HOFMANN
$20,000.00

SHERRY HOFFMAN
$24,000.00

LARRY HOFFPAUIR
$30,000.00

JONATHAN HOLLINGSHEAD
$30,000.00

RONALD AND ALICIA HOLLINGSHEAD
$30,000.00

DAVELYN HOOD
$120,000.00

TERRY HORNER
$220,000.00

KENNETH AND RACHEL HUBER
$20,000.00

KENNETH AND JANET HUNSTAD
$120,000.00

JAMES AND SANDRA ISAACS
$10,000.00

ANTWANE JACKSON
$7,500.00

ATTN: JEFF GORNALL STATE AIR CONDITIONING
$110,000.00

MARY JEFFREY
$20,800.00

DANNY JONES
$15,000.00

KATELLA JONES
$5,000.00

MARY JONES
$15,000.00

MICHAEL JONES
$24,000.00

LOIS AND NOEL JOPLIN
$30,000.00

RITA JURKOVSKI
$12,500.00

AIPLAH KABENLA
$10,000.00

BARBARA KADLEC
$10,000.00

PRATEEK KARKAL
$921.00

VINCENT KELLEY
$60,000.00

CHRISTOPHER KELSEY
$30,000.00

TIMOTHY KELSEY
$60,000.00

ASIF KHALIQ
$30,000.00

ANDY HAU & LILLY KIM-NGOC
$7,500.00

ANDREW KIN
$15,000.00

TAH`LEEK KITURE
$20,000.00

ARMIN AND JANICE KLATT
$50,000.00

MARTHA KNEPP
$50,000.00

AMY AND RANDY KNOX
$90,000.00

LIBBY AND THOMAS KOENIG
$90,000.00

ESA KRUSHOPF
$10,000.00

PURUSOTHTHAMAN KULASEKARAM
$9,000.00

JILL KUMBIER
$150,000.00

RODEL LACUESTA
$20,000.00

DIONISIO LAROCO
$30,000.00

ROBERT LARSON
$12,000.00

DORIS LAUTERBACH
$30,000.00

STEVEN LAWTON
$60,000.00

THIEN LE
$30,000.00

GINA AND SCOTT LEATH
$20,275.00

JAMES LEGG
$15,000.00

DANIEL LEONARD
$60,000.00

BRIAN LEPPERT
$5,000.00

JOSEPH LEVANTO
$20,000.00

MARK LIVINGSTON
$10,000.00

JERRY LONG
$9,000.00

Case 4:16-cr-00283-Y   Document 200   Filed 04/06/18   Page 8 of 10   PageID 857
V - 4 of 6
4:16-cr-00283 - USA v. Leaverton (4)

DAVID LOVETT
$60,000.00

DO LUONG
$30,000.00

GEORGE AND RAISA LUZGIN
$50,000.00

NOKUKHANYA LWANA
$20,000.00

MARY MAALOUF
$60,000.00

JAQUEZ MACK
$15,000.00

KATHARYN & TAJ MADIWALE
$12,000.00

JIM MAMOT
$60,000.00

LORI MARQUARDT
$30,000.00

JESSIE MARTINEZ
$45,000.00

ALEX MARTUSHER
$70,000.00

JIMMY MATTISON
$20,000.00

PAMELA MAZZA
$50,000.00

GEORGE AND JILL MCCAIN
$15,000.00

JERRY MCCALLISTER
$20,000.00

EDWARD MCCLENDON
$240,000.00

JAMES MCCOY
$344,500.00

MICHEAL MCINERNEY
$15,000.00

STEWART MCKELVEY
$11,135.62

KEITH MILLER
$50,000.00

ROBERT MILLER
$25,000.00

ROGER MILLER
$20,000.00

PEDRO MOROCHO
$20,000.00

FRED MORRO
$110,000.00

BAYLEN MORSE
$40,000.00

LUCILLE AND ROBERT MUMM
$30,000.00

DAVID MURDOCK
$122,347.45

ALICIA NEIFERT
$25,000.00

RICHARD NELSON
$15,000.00

HOA NGUYEN
$120,000.00

MICHAEL NICHOLS
$60,000.00

PATRICK O'BERRY
$50,000.00

DANIEL AND JUDITH OELKERS
$115,000.00

EUGENE OTCHERE
$7,500.00

ALFRED PARIS
$10,000.00

CHARLES PECK
$150,000.00

REGAN PEREIRA
$11,824.31

DUANE PETERSON
$15,000.00

DANIEL PIEC
$12,000.00

JEANINE PIERRE
$20,000.00

SUSAN PODRAZA
$30,000.00

ASHER PORAT-SOLDIN
$10,000.00

JERRY POSPISIL
$248,000.00

WILLIAM POWELL
$165,000.00

PIERRE PROUTY
$20,000.00

SURENDER PUNIA
$30,000.00

JOEL PUTT
$30,000.00

ANTHONY QUATELA
$30,000.00

JIMING QIU
$120,000.00

GLEN RAINEY
$90,000.00

JANET AND RICK RAMSEY
$60,000.00

SHYAM RAI
$20,000.00

JAMES RAPA
$145,000.00

GINGER REINHARDT
$19,800.00

MARIE AND PHILIP REISTER
$6,000.00

ASHUTOSH AND RENU RAZDAN
$150,000.00

Case 4:16-cr-00283-Y   Document 200   Filed 04/06/18   Page 9 of 10   PageID 858
V - 5 of 6
4:16-cr-00283 - USA v. Leaverton (4)

LARRY REISIG
$89,114.16

MARK RINGOLD
$15,000.00

BENJAMIN ROBINSON
$20,000.00

GARY AND MARY ROSHOLT
$60,000.00

RONALD RILEY
$38,119.96

SELDEN ROBB
$30,000.00

ROBERT RUDD
$80,000.00

COLE RUSSELL
$60,000.00

STEVE & ROBIN RUSSELL
$22,500.00

CYNTHIA SAMUEL
$60,000.00

JOHN SANFORD
$10,000.00

TOM SANTANASTOSIO
$18,000.00

CARLA AND JOSEPH SCHEER
$60,000.00

DON AND NANCY SCHEURER
$10,000.00

MICHAEL SCHEXENIDER
$15,000.00

SHAELA AND BRAD SCHMIDT
$20,000.00

WILLIAM SCHROTZ
$5,000.00

CAROL SELLER
$10,000.00

ELLA AND SEYMOUR SHAPIRO
$45,000.00

BARBARA SHANNON
$30,000.00

HENRY SHEPHERD
$15,000.00

NARRION SHIPMAN
$15,000.00

RANJIT SINGH
$20,000.00

SJ & T FUNDING LLC
$60,000.00

MORGAN SMITH
$130,000.00

TIMOTHY SMITH
$30,000.00

WILLIAM AND ELIZABETH SMITH
$90,000.00

ROBERT SPENCER
$24,000.00

MARK SPINA
$20,000.00

ELECIA AND RONALD STACEY
$12,000.00

THOMAS AND VIRGINIA STANLEY
$5,000.00

BARRY AND LINDA STEEG
$120,000.00

ALDENE STEELE
$30,000.00

LARRY AND RUBY STOKER
$480,000.00

SYLVIA SUAREZ
$30,000.00

MARK SUMMERS
$10,000.00

ANNETTE AND ARLAN SWARTWOOD
$90,000.00

DENISE TALBOTT
$60,000.00

CONNIE AND DAVID TEATOR
$250,000.00

GROSVENOR THOMAS
$5,000.00

DAVID AND JESSICA TORRES
$30,000.00

LEVI TORRES
$30,000.00

MILTON TORRES
$103,680.43

LANCHI TRUONG
$20,000.00

MAITRAYEE VADALZ
$30,000.00

ALLEN VANOS
$20,000.00

ALBERTO VELASQUEZ-NINO
$20,000.00

THOMAS VINTI
$50,000.00

KEVIN AND MARCH VOLKOV
$20,000.00

J. REX VORHEES
$94,865.00

RICHARD WALKER
$30,000.00

WILL WEBER
$30,000.00

WILLIAM WELCH
$10,000.00

WILLIAMS BARKSDALE TRUST
$60,000.00

GARRET WIERSMA
$30,000.00

BETSY WILLIAMS
$60,000.00

DAVID WING
$10,000.00

MARK WITHER
$15,000.00

FREDRIC WOLK
$10,000.00

TAIGON AND JODI WORTHEN
$50,000.00

CARLOS AND ANA YOUNG
$70,000.00

DEXTER YOUNG
$90,000.00

LIANGMIN ZHANG
$20,000.00

PATRICK ZITTING
$30,000.00

**Total Restitution:
$13,547,407.09**